Opinion filed September 27, 2007












 
 
  
 
 







 
 
  
 
 




Opinion filed September
27, 2007

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-07-00006-CV 

                                                    __________

 

                                    AHN
CORPORATION, Appellant

 

                                                             V.

 

                                  BARRY
 SCARBOROUGH, Appellee

 



 

                                          On
Appeal from the 70th District Court

 

                                                           Ector County , Texas

 

                                                Trial
Court Cause No.  A-121,406

 



 

                                              M E
M O R A N D U M   O P I N I O N

The
parties have filed in this court a joint motion to dismiss the appeal.  In the
motion, the parties state that all matters in controversy have been fully
compromised and settled.  The motion is granted, and the appeal is dismissed.

 

PER CURIAM

September 27,
2007

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.